# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PAJ TRUST, et al, | Case No. 2:14-cv-00129-APG-PAL |
| Claimant, | **O R D E R** |
| and | |
| MOBILE MINI et al, | |
| Respondent(s). | |

Presently before the Court is an Affidavit and Request for Issuance of Writ of Execution [Dkt. #3] filed by plaintiff PAJ Trust.  The court has concerns about the validity of the purported Foreign Judgment upon which Plaintiff seeks to execute. Moreover, it appears that the Affidavit and Request has not been served upon defendants.  Finally, and perhaps most fundamentally, a trust may not represent itself in litigation. *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 698-99 (9th Cir. 1987) (A trust may not represent itself, and its trustee's status does not include "the right to present arguments pro se in federal court.").  Thus, Plaintiff may not maintain this lawsuit unless it is represented by counsel.

Accordingly, Plaintiff's Request for a Writ of Execution [Dkt. #3] is DENIED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that Plaintiff shall retain a properly-licensed attorney, who shall file an appearance in this matter within 30 days of this Order.  That counsel shall properly serve upon all defendants the documents filed in this case and related

case number 2:13-ms-0100.  Thereafter, Plaintiff's counsel shall file in this case proof of such service.  Should Plaintiff not retain counsel within 30 days, this case will be dismissed.

Dated:  January 27, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE